# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 225TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on March 11, 2015, the cause upon appeal to revise or reverse your judgment between

AAA Free Move Ministorage L.L.C., Appellant

V.

Brigham Living Trust, Appellee

No. 04-14-00163-CV and Tr. Ct. No. 2012-CI-01363

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's Order Granting Defendant's Traditional and No Evidence Motion for Summary Judgment is AFFIRMED.**

**It is ORDERED that appellee recover costs of appeal from appellant.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on May 20, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00163-CV

**AAA Free Move Ministorage L.L.C.**

**v.**

**Brigham Living Trust**

(NO. 2012-CI-01363 IN 225TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | GREGORY VANCLEAVE |
| MOTION FEE | $10.00 | E-PAID | KORTNEY KLOPPE-ORTON |
| MOTION FEE | $10.00 | E-PAID | WILLIAM H. OLIVER |
| MOTION FEE | $10.00 | E-PAID | GREG  VANCLEAVE |
| MOTION FEE | $10.00 | E-PAID | GREG  VANCLEAVE |
| MOTION FEE | $10.00 | E-PAID | GREGORY VAN CLEAVE |
| REPORTER'S RECORD | $138.00 | PAID | PLAINTIFF |
| FILING | $100.00 | E-PAID | GREGORY VAN CLEAVE |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | GREGORY VAN CLEAVE |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | GREGORY VAN CLEAVE |
| INDIGENT | $25.00 | E-PAID | GREGORY VAN CLEAVE |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this May 20, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853